# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
UMAMI BURGER LICENSING USA, LLC,

Case Number: 15 cv 05317

v.

WSONG, INC d/b/a BOPNGRILL, and WILL SONG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANTS WSONG, INC d/b/a BOPNGRILL, and WILL SONG

| | |
|---|---|
| NAME (Type or print) <br> Alan I. Becker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Alan I. Becker | |
| FIRM <br> Litchfield Cavo LLP | |
| STREET ADDRESS <br> 303 West Madison Street, Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00147524 | TELEPHONE NUMBER <br> (312) 781-6622 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he served a copy of the **Appearance of attorney Alan I. Becker for Defendants WSong, Inc., d/b/a BopNGrill and Will Song.** upon counsel registered with the Clerk of the Court using the CM/ECF system, on July 6, 2015:

- ☒ With the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.
- ☐ Personal service
- ☐ U.S. mail, by depositing it in the U.S. mail at 303 West Madison Street, Chicago, Illinois at or before 5:00 p.m. with proper postage prepaid to the address listed above.
- ☐ Overnight delivery to the address listed above.
- ☐ Facsimile machine from Chicago, Illinois, to the telephone number(s) listed above.
- ☐ E-mail from Chicago, Illinois, to the email addresses of the parties listed above.

s/ Alan I. Becker